JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME VEGA HEREDIA and MAURO VASQUEZ, as individuals, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CROP PRODUCTION SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-CV-08053-DSF-SH<br><br>Assigned to: *Hon. Dale S. Fischer*<br><br>**ORDER ON STIPULATION TO REMAND REMOVED ACTION**<br><br>Action Filed:  June 28, 2013<br>FAC Filed:     September 26, 2013 |

1 **GOOD CAUSE HAVING BEEN SHOWN:**

2 It is hereby ordered that the Parties' stipulation to remand removed action is
3 approved. Central District of California Case Number 2:13-CV-08053-DSF-SH
4 entitled Jamie Heredia, et al., v. Crop Production Services, Inc., et al. is hereby
5 remanded to Santa Barbara County Superior Court.

6 **IT IS SO ORDERED**

8 DATED: 5/14/14                   _____
                                   The Honorable Dale S. Fischer